UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATTI & SGRO, P.C., et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>OURIEL LOUSKY,<br>　　　　　　　　　　Defendant. | Case No. 2:17-cv-01274-JAD-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 11) |

This matter is before the court on Attorney Richard Vilkin's Motion to Withdraw as Counsel for Defendant (ECF No. 11). The motion represents that he believes he can no longer act as counsel without 'violation of his duties pursuant to multiple sections of the Nevada Rules of Professional Conduct", including a conflict of interest. He further believes that ethically, he cannot take any further action regarding this case. For these reasons, Mr. Vilkin seeks leave to withdraw as counsel of record.

Mr. Vilkin informed defendant in writing on July 10, 2017, that he would be withdrawing and he would need to obtain new counsel. Mr. Vilkin also spoke with defendant on July 17, 2017, who confirmed that he understood Mr. Vilkin would be withdrawing and that defendant would need to obtain new counsel. There are currently no pending motions, and discovery is scheduled to close on October 19, 2017. A 50-day extension of the discovery plan and scheduling order deadlines is requested to give the defendant time to retain new counsel.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. Mr. Vilkin's Motion to Withdraw (ECF No. 11) is **GRANTED**.
2. Defendant Ouriel Lousky shall have until **August 23, 2017**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the

Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se*.

3. Defendant Ouriel Lousky's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the district judge for case dispostive sanctions.

4. The Clerk of the Court shall serve the defendant with a copy of this order at his last known address:

Ouriel Lousky
c/o Josh Michaeli
International Realty LV
3650 S. Eastern Ave., Suite 100
Las Vegas, NV 89169

5. The request for an extension of the discovery plan and scheduling order deadlines is denied without prejudice.

DATED this 24th day of July, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE